1  Steven J. Parsons
   Nevada Bar No. 363
2  LAW OFFICES OF STEVEN J. PARSONS
   7201 W Lake Mead Blvd Ste 108
3  Las Vegas NV 89128-8354
   (702) 384-9900
4  (702) 384-5900 (fax)
   steve@sjplawyer.com
5
   Attorneys for Plaintiff
6  ELAINE WITHROW

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9  ELAINE WITHROW, an individual;          Case No. 2:15-cv-01573-GMN-(GWF)

10         Plaintiff,                       THE PARTIES' STIPULATION
                                            AND PROPOSED ORDER
11  vs.                                     EXTENDING THE BRIEFING SCHEDULE, and
                                            CONTINUING THE OCTOBER 1, 2015
12  CAMDEN DEVELOPMENT, INC., a Delaware    HEARING DATE ON DEFENDANTS'
    corporation; CAMDEN PROPERTY TRUST, a   MOTION TO TRANSFER VENUE
13  foreign real estate investment trust; H. (Docket No. 6)
    MALCOLM STEWART, in his capacity as
14  trustee or fiduciary of the CAMDEN
    "KEYSOP", an I.R.S. Section 409(A)
15  compensation plan; DOES 1 through 5,
    inclusive; and ROE corporations 1 through
16  5, inclusive,

17         Defendants.
           _____/
18

19         The parties, by the undersigned counsel, hereby stipulate and agree to extend the

20  briefing schedule and ask the Court to continue the hearing date on Defendants' Motion to

21  Transfer Venue (Docket No. 6) as follows:

22         Plaintiff's Opposition to Defendants' Motion shall now be due on or before Thursday,

23  September 24, 2015;

24         Defendants' Reply in support of their Motion shall be due on October 8, 2015, fourteen

25  (14) days after the service of Plaintiff's filed Opposition.

26         Defendants' Motion has been set for hearing on Thursday, October 1, 2015 at 11:00

27  a.m. (Docket No. 7)  The parties hereby request that the Court reset the hearing on

1  Defendants' Motion for the first available date for hearing after the Motion is fully briefed. The
2  parties believe that the matter of Defendants' Motion to Transfer Venue will be fully briefed and
3  ready for hearing not earlier than Monday, October 12, 2015.
4       This stipulation is made in good faith to allow all parties to fully complete due diligence,
5  brief the matter and prepare for the hearing, and is not merely for delay.
6       Dated: Thursday, August 27, 2015.

7  LAW OFFICES OF STEVEN J. PARSONS                JACKSON LEWIS P.C.

8  /s/ Steven J. Parsons                          /s/ Elayna Youchah
   STEVEN J. PARSONS                              ELAYNA J. YOUCHAH
9  Nevada Bar No. 363                             Nevada Bar No. 5837

10 Attorneys for Plaintiff                        Attorney for Defendants
   ELAINE WITHROW                                 CAMDEN DEVELOPMENT, INC.;
11                                                CAMDEN PROPERTY TRUST;
                                                  H. MALCOLM STEWART, in his capacity as
12                                                trustee or fiduciary of the CAMDEN "KEYSOP"

13                                        ORDER

14       IT IS HEREBY ORDERED that Plaintiff's Opposition to Defendants' Motion to Transfer
15 Venue shall be due on or before Thursday, September 24, 2015.
16       IT IS FURTHER ORDERED that Defendants' Reply in Support of their Motion to Transfer
17 Venue shall be due on or before October 8, 2015, which is fourteen (14) days after the filing
18 of Plaintiff's Opposition to Defendants' Motion.
19       IT IS FURTHER ORDERED that the hearing on Defendants' Motion to Transfer Venue
20 is continued from Thursday, October 1, 2015 at 11:00 a.m. to Friday, October 16,
21 2015 at 9:30 a.m. ~~p.m.~~
22       Dated: August 28, 2015.

                                                  /s/ George Foley, Jr.
23                                                _____
24                                                GEORGE FOLEY, JR.
                                                  United States Magistrate Judge
25
26
27