1   Steven J. Parsons
    Nevada Bar No. 363
2   LAW OFFICES OF STEVEN J. PARSONS
    7201 W Lake Mead Blvd Ste 108
3   Las Vegas NV 89128-8354
    (702) 384-9900
4   (702) 384-5900 (fax)
    steve@sjplawyer.com
5
    Attorneys for Plaintiff
6   ELAINE WITHROW

7                   UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9   ELAINE WITHROW, an individual;          Case No. 2:15-cv-01573-GMN-(GWF)

10         Plaintiff,                        THE PARTIES' STIPULATION
                                             AND ~~PROPOSED~~ ORDER
11   vs.                                     EXTENDING THE BRIEFING SCHEDULE, and
                                             CONTINUING THE OCTOBER 1, 2015
12   CAMDEN DEVELOPMENT, INC., a Delaware    HEARING DATE ON DEFENDANTS'
     corporation; et al.,                    MOTION TO TRANSFER VENUE
13                                           (Docket No. 6)
           Defendants.                       (Second Request)
14   _____/

15         The parties, by the undersigned counsel, at Plaintiff's request, hereby stipulate and

16   agree to extend the briefing schedule and ask the Court to continue the hearing date on

17   Defendants' Motion to Transfer Venue (Docket No. 6) as follows:

18         Plaintiff's Opposition to Defendants' Motion shall now be due on or before Thursday,

19   October 1, 2015;

20         Defendants' Reply in support of their Motion shall be due on October 15, 2015, fourteen

21   (14) days after the service of Plaintiff's filed Opposition.

22         Defendants' Motion has been set for hearing on Thursday, October 16, 2015 at 9:30

23   a.m. (Docket No. 9).  The parties hereby request that the Court reset the hearing on

24   Defendants' Motion for the first available date for hearing after the Motion is fully briefed.  The

25   parties believe that the matter of Defendants' Motion to Transfer Venue will be fully briefed and

26   ready for hearing not earlier than Monday, October 26, 2015.

27         This requested extension of the briefing schedule is made to accommodate Plaintiff's

1  counsel Joseph Mott, who will be the primary drafter of Plaintiff's brief, and is undergoing a
2  medical procedure the week of September 21, 2015 and will be out of the office until the
3  following week[1].  This stipulation is made in good faith and is not merely for delay.

4  Dated: Thursday, October 1, 2015.

5  LAW OFFICES OF STEVEN J. PARSONS          JACKSON LEWIS P.C.

6  /s/ Steven J. Parsons                    /s/ Elayna J. Youchah
   STEVEN J. PARSONS                        ELAYNA J. YOUCHAH
7  Nevada Bar No. 363                       Nevada Bar No. 5837

8  Attorneys for Plaintiff                  Attorney for Defendants
   ELAINE WITHROW                           CAMDEN DEVELOPMENT, INC.;
9                                           CAMDEN PROPERTY TRUST;
                                            H. MALCOLM STEWART, in his capacity as
10                                          trustee or fiduciary of the CAMDEN "KEYSOP"

11                                          ORDER

12  IT IS HEREBY ORDERED that Plaintiff's Opposition to Defendants' Motion to Transfer
13  Venue shall be due on or before Thursday, October 1, 2015.

14  IT IS FURTHER ORDERED that Defendants' Reply in Support of their Motion to Transfer
15  Venue shall be due on or before October 15, 2015, which is fourteen (14) days after the filing
16  of Plaintiff's Opposition to Defendants' Motion.

17  IT IS FURTHER ORDERED that the hearing on Defendants' Motion to Transfer Venue
18  is continued from Thursday, October 16, 2015 at 9:30 a.m. to Wednesday, November 4,
19  2015 at 9:30 a.m.

20  Dated: October 5, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] The parties intended for this stipulation to be filed last week, but in the lead up to and outfall from Mr. Mott's medical procedure, the stipulation was not filed as planned.

Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, Nevada 89128-8354
(702)384-9900; fax (702)384-5900
Steve@SJPlawyer.com

Page 2 of 2