1 Steven J. Parsons
  Nevada Bar No. 363
2 Joseph N. Mott
  Nevada Bar No. 12455
3 Andrew L. Rempfer
  Nevada Bar No. 8628
4 LAW OFFICES OF STEVEN J. PARSONS
  7201 W Lake Mead Blvd Ste 108
5 Las Vegas NV 89128-8354
  (702) 384-9900
6 (702) 384-5900 (fax)
  Steve@SJPlawyer.com
7 Joey@SJPlawyer.com
  Andrew@SJPlawyer.com
8
  Attorneys for Plaintiff
9 **ELAINE WITHROW**

10                    UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

12 **ELAINE WITHROW**, an individual;          Case No. **2:15-cv-01573-GMN-(GWF)**

13          Plaintiff,                          THE PARTIES' JOINT STIPULATION
                                                TO STAY PROCEEDINGS
14 vs.                                          (First Request)

15 **CAMDEN DEVELOPMENT, INC.,** a Delaware
   corporation; *et al.*,
16
          Defendants.
17 _____/

18         The parties, by and through their undersigned counsel, hereby submit their first request

19 to stay this matter pending the outcome of a private mediation. The parties respectfully submit

20 the following as the bases to stay this proceeding:

21         1.      This matter commenced in the Nevada Eighth Judicial District Court on July 17,

22 2015.  Plaintiff filed an Amended Complaint on July 20, 2015.

23         2.      Defendants Camden Property Trust and H. Malcolm Stewart were served with

24 the Summons and Amended Complaint on July 29, 2015.  Defendant Camden Development,

25 Inc. was served with the Summons and Amended Complaint on July 31, 2015.

26         3.      On August 17, 2015, Defendants removed the action to U.S. District Court.

27 This matter was removed based on diversity and federal question.

1    4.    Defendants filed a Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)

2  (Dkt. #6) on August 24, 2015. Defendants' Motion was heard by Magistrate Judge George

3  W. Foley on October 15, 2015, at which time it was denied.

4    5.    This matter was initially set for an early neutral evaluation (ENE). The ENE was

5  cancelled, *sua sponte*, by the Court.

6    6.    The parties agreed to privately mediate this matter with The Honorable

7  Lawrence R. Leavitt (Ret.). The mediation is currently set for February 5, 2016 at 9:00 A.M.

8    7.    Discovery in this matter closes April 15, 2016. The parties respectfully request

9  all deadlines, including discovery deadlines, be suspended pending the mediation. The parties

10  will file a Status Report within 14 days of completion of the February 5, 2016 mediation

11  informing this Court of the status of the matter.  If the mediation is unsuccessful, the parties

12  will also propose in their status report new deadlines.

13    8.    This stipulation is made in good faith to allow the parties to make diligent and

14  sincere efforts to resolve the dispute without further involvement of the Court and is not for

15  the purposes of delay.

16    IT IS SO STIPULATED.

17    DATED this 19th day of January 2016.

18  Law Offices of Steven J. Parsons

19  /s/ Joseph N. Mott
    STEVEN J. PARSONS
20  Nevada Bar No. 363
    JOSEPH N. MOTT
21  Nevada Bar No. 12455
    ANDREW L. REMPFER
22  Nevada Bar No. 8628

23  Attorneys for Plaintiff

24

25

26

27

Jackson Lewis P.C.

/s/ Elayna J. Youchah
ELAYNA J. YOUCHAH
Nevada Bar No. 5837
PHILLIP C. THOMPSON
Nevada Bar No. 12114

Attorneys for Defendants


IT IS SO ORDERED:

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: January 20, 2016