1 Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
7201 W Lake Mead Blvd Ste 108
Las Vegas NV 89128-8354
2 (702) 384-9900
(702) 384-5900 (fax)
3 Steve@SJPlawyer.com

4 Attorney for Plaintiff
ELAINE WITHROW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELAINE WITHROW, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CAMDEN DEVELOPMENT, INC., a Delaware corporation; CAMDEN PROPERTY TRUST, a foreign real estate investment trust; H. MALCOLM STEWART, in his capacity as trustee or fiduciary of the CAMDEN "KEYSOP", an I.R.S. Section 409(A) compensation plan; DOES 1 through 5, inclusive; and ROE corporations 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01573-GMN-(GWF)<br><br>THE PARTIES' STIPULATION TO DISMISS, <u>*WITH PREJUDICE,*</u> and (PROPOSED) ORDER |

The parties hereto each and all, by their counsel of record, hereby stipulate to dismiss this case, with prejudice, each party to bear its own attorneys' fees and costs of suit.

Dated: Friday, February 19, 2016.

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | JACKSON LEWIS P.C. |
| /s/ Steven J. Parsons | /s/ Elayna J. Youchah |
| STEVEN J. PARSONS<br>Nevada Bar No. 363 | ELAYNA J. YOUCHAH<br>Nevada Bar No. 5837 |
| Attorney for Plaintiff<br>ELAINE WITHROW | Attorney for Defendants<br>CAMDEN DEVELOPMENT, INC.;<br>CAMDEN PROPERTY TRUST;<br>H. MALCOLM STEWART, in his capacity as trustee or fiduciary of the CAMDEN "KEYSOP" |

<u>ORDER</u>

IT IS SO ORDERED.

Dated: February 22, 2016

_____
U.S. DISTRICT JUDGE